```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

ICONFIND INC.,
                                   CASE NO. CIV 2:09-109 WBS JFM
        Plaintiff,

    v.                             ORDER

YAHOO! INC.,

        Defendant.
_____/
YAHOO! INC.,
                                   CASE NO. CIV 2:11-319 GEB JFM
        Plaintiff,

    v.

GOOGLE INC.,

        Defendant.
_____/
```

The court has received the Notice of Related concerning the above-captioned cases filed on April 13, 2011.  See Local Rule 83-123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the

1 | status of the cases, including any previous Related (or Non-
2 | Related) Case Order of this court.
3 |         IT IS SO ORDERED.
4 | DATED: April 21, 2011

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE