IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IconFind, Inc.<br><br>        Plaintiff,<br><br>    v.<br><br>Google, Inc.,<br><br>        Defendant. | 2:11-cv-00319-GEB-JFM<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

      A status (pretrial scheduling) conference was held on June 6, 2011. After the hearing and consultation with the parties, the Court orders the following:

  1.  If Google elects to refile its motion for invalidity of U.S. Patent No. 7,181,459 under 35 U.S.C. § 101 at the point when the pleadings are closed, the Court will hear Google's renewed Motion on January 23, 2012.

  2.  The parties shall file a joint claim construction statement no later than May 11, 2012, following a meaningful meeting during which the parties shall seek to resolve disputes. Disputed terms,

phrases, and clauses shall be designated as disputed. For any disputed term, phrase, or clause, the joint statement shall list each disputed term, phrase, or clause (listed by claim); each party's proposed construction; and support for each party's proposed construction side by side. A model format for the construction statement is as follows (or any other substantively similar format that permits the court to compare terms side by side):

| Claim Language (Disputed term, phrase, or clause in Bold) | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
|  |  |  |

    5.    Parties shall attach to the joint claim constructions statement a copy of the patent in dispute. Parties shall also make a complete prosecution history for the patent available to the Court upon request.

    6.    Claim construction briefs shall address each disputed term, phrase or clause following the order of the joint statement.

    6)    A tutorial is scheduled to commence at 9:00 a.m. on June 25, 2012. Each side will be permitted 45-60 minutes to present a short summary and explanation of the technology at issue. The patent holder will make the first presentation. Visual aids are encouraged.

    7)    A claim construction hearing is scheduled to commence at 9:00 a.m. on July 23, 2012.

1      8)   Upon issuance of the claim construction ruling, the Court
2 will also set a date for the filing of a further joint status report.
3 In that report, the parties must address the following topics:
4           a)   Whether either party wishes to certify the claim
5 construction ruling for immediate appeal to the Federal Circuit;
6           b)   The filing of dispositive motions, and timing of those
7 motions;
8           c)   Anticipated post-claim construction discovery;
9           d)   Any other pretrial matters.
10          IT IS SO ORDERED.

Dated:   June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge