WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

NIRO, HALLER & NIRO
RAYMOND NIRO, JR. (*admitted pro hac vice*)
ANNA B. FOLGERS (*admitted pro hac vice*)
BRIAN E. HAAN (*admitted pro hac vice*)
181 West Madison Street
Chicago, IL  60602
Telephone:     (312) 236-0733
Facsimile:      (312) 236-3137

Attorneys for Plaintiff ICONFIND, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND, INC, | Case No. 2:11-CV-00319 GEB JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING ADDITIONAL CLAIM CONSTRUCTION DEADLINES** |
| v. | |
| GOOGLE INC. | Complaint Filed:  February 3, 2011 |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**RECITALS**

On June 7, 2011, the Court issued its Status (Pretrial Scheduling) Order. (CM/ECF Doc. No. 55.) In that Order, the Court set the claim construction hearing in this matter for July 23, 2012, with the parties to file their Joint Claim Construction Statement by May 11, 2012.

Recent discussions between Plaintiff ICONFIND INC. and Defendant GOOGLE INC. have elicited a mutually-held desire to install additional deadlines relating to the claim construction process, all of which are consistent with the above-mentioned deadlines already imposed by the Court. The additional deadlines agreed to by the parties are set forth below.

**STIPULATION**

Given the above, the parties HEREBY STIPULATE, subject to the Court's approval, that the below claim construction-related deadlines shall operate in this matter. (Note that the dates already ordered by the Court are italicized and bolded, while the newly-added dates are in regular text.)

1. February 13, 2012: Last day for each party to serve on the other its Proposed Terms for Construction.

2. March 28, 2012: Last day for the parties to simultaneously exchange their Proposed Claim Constructions and Extrinsic Evidence. (Simultaneous exchange to occur at a specific time of the parties' choosing.)

3. ***May 11, 2012***: Last day for the parties to file their Joint Claim Construction and Prehearing Statement.

4. May 15, 2012: Last day for each party to file its opening claim construction brief and supporting evidence.

5. June 12, 2012: Last day for each party to serve and file its responsive claim construction brief and supporting evidence.

6. ***June 25, 2012 at 9:00 a.m.***: In-court tutorial described at Paragraph 6 of the Court's June 7, 2011 Order.

7. ***July 23, 2012 at 9:00 a.m.***: Claim construction hearing.

All specifications set forth in the Court's June 7, 2011 Order remain fully operative.

1   IT IS SO STIPULATED.

2   DATED: October 5, 2011                    WILKE, FLEURY, HOFFELT,
                                              GOULD & BIRNEY, LLP

                                              By:    /s/ Daniel L. Baxter
                                                    DANIEL L. BAXTER
                                                    Attorneys for Plaintiff
                                                    ICONFIND, INC.

7   DATED: October 5, 2011                    KAYE SCHOLER LLP

                                              By:    /s/ Kenneth Maikish
                                                    KENNETH MAIKISH
                                                    Attorneys for Defendant
                                                    GOOGLE INC.

**ORDER**

IT IS SO ORDERED.

October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-

**STIPULATION AND ORDER RE ADDITIONAL CLAIM CONSTRUCTION DEADLINES (Case No. 11-00319 GEB JFM)**