IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Iconfind, Inc.,                )
                               )   2:11-cv-00319-GEB-JFM
          Plaintiff,           )
                               )
     v.                        )   ORDER RE: SETTLEMENT AND
                               )   DISPOSITION
Google, Inc.,                  )
                               )
          Defendant.           )
_____)

        Plaintiff filed a "Notice of Settlement" on November 29, 2012, in which it states: "the parties have reached a settlement in principle of the above-entitled matter[, and] . . . it is anticipated that dismissal papers will be filed within the next several weeks." (ECF No. 110, 2:2-4.)

        Therefore, a dispositional document shall be filed no later than December 20, 2012. See E.D. Cal. R. 160(b)(prescribing that dispositional documents shall be filed within twenty-one days of the date the notice of settlement is filed absent good cause to extend the deadline). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  November 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge